**FILED**

**1/26/2024**

**STATE BAR COURT**

**CLERK'S OFFICE**

**LOS ANGELES**

**STATE BAR COURT OF CALIFORNIA**

**REVIEW DEPARTMENT**

**En Banc**

| | | |
|---|---|---|
| In the Matter of | ) | SBC-23-C-31017 |
| | ) | |
| KENNETH JOHN CHESEBRO, | ) | ORDER |
| | ) | |
| State Bar No. 236022. | ) | |
| | ) | |

On December 15, 2023, the Office of Chief Trial Counsel of the State Bar (OCTC) submitted a Transmittal of Records of Conviction of respondent Kenneth John Chesebro, State Bar Number 236022. OCTC presented evidence that Chesebro has been convicted of violating Official Code of Georgia Annotated sections 16-4-8 and 16-10-20.1, subdivision (b)(1), (conspiracy to commit filing false documents), a felony we have not previously classified. OCTC suggests that this is a felony that involves moral turpitude per se.

Based on respondent's felony conviction, it is ordered pursuant to Business and Professions Code section 6102 that respondent be suspended from the practice of law effective February 19, 2024, pending final disposition of this proceeding. (Cal. Rules of Court, rule 9.10(a).) It is further ordered that respondent comply with California Rules of Court, rule 9.20, and perform the acts specified in (a) and (c) of that rule within 30 and 40 days, respectively, after the effective date of this suspension.

Within 10 days from the date of this order, OCTC is ordered to provide legal analysis and support for its contention that this crime involves moral turpitude per se. Respondent will have 10 days from the service of OCTC's filing to respond.

OCTC is also ordered to submit evidence of finality or provide an update on finality within 180 days.

_____
Presiding Judge