# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-8508**                            **September Term, 2025**

23SC188947

Filed On: September 24, 2025

In re: Kenneth John Chesebro,

        Respondent

**O R D E R**

       Upon consideration of the certified copy of a judgment of conviction issued by the Superior Court of Fulton County, State of Georgia on October 20, 2023, demonstrating that Kenneth John Chesebro has been convicted of a serious crime, and it appearing that Kenneth John Chesebro is respondent, Kenneth John Chesebro, who was admitted to the bar of this court on November 19, 1996, under number 44525, it is

       **ORDERED**, on the court's own motion, that Kenneth John Chesebro be suspended from the practice of law before this court. See Rule III (a) of the Rules of Disciplinary Enforcement for the United States Court of Appeals for the District of Columbia Circuit. It is

       **FURTHER ORDERED**, on the court's own motion, that this matter be referred to the court's Committee on Admissions and Grievances for a recommendation to the court on the extent of the final discipline to be imposed as a result of the conduct resulting in the conviction. See Rule III(b) of the Rules of Disciplinary Enforcement for the United States Court of Appeals for the District of Columbia Circuit.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                         BY:     /s/
                                            Selena R. Gancasz
                                            Deputy Clerk