# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak                                                                                     General Information
Clerk                                September 24, 2025                                                (202) 216-7000

Re:    25-8508 In re: Kenneth John Chesebro

Stephen Anthony
Covington & Burling LLP
One CityCenter, 850 Tenth Street NW
Washington, D.C. 20001

Dear Mr. Anthony:

Upon order of the Court filed on September 24, 2025, I am hereby referring the above-captioned matter to the Committee on Admissions and Grievances for a recommendation to the Court on the extent of discipline, if any, to be imposed.

Enclosed are the order and other documents pertinent to the referral. Please use the docket number noted above in any correspondence with this office. Also, please acknowledge receipt of this material by signing the enclosed copy of this letter and returning it.

If you have any questions or require any additional information, I can be reached at 202-216-7500.

Very truly yours,
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk

Enclosure(s)

cc: Kenneth John Chesebro
    Law Office of Kenneth J. Chesebro
    PO Box 20033
    New York, NY 10023

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak
Clerk

September 24, 2025

General Information
(202) 216-7000

Re:    25-8508 In re: Kenneth John Chesebro

Stephen Anthony
Covington & Burling LLP
One CityCenter, 850 Tenth Street NW
Washington, D.C. 20001

Dear Mr. Anthony:

Upon order of the Court filed on September 24, 2025, I am hereby referring the above-captioned matter to the Committee on Admissions and Grievances for a recommendation to the Court on the extent of discipline, if any, to be imposed.

Enclosed are the order and other documents pertinent to the referral. Please use the docket number noted above in any correspondence with this office. Also, please acknowledge receipt of this material by signing the enclosed copy of this letter and returning it.

If you have any questions or require any additional information, I can be reached at 202-216-7500.

Very truly yours,
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk

Receipt Acknowledged:

_____          _____
(Date)                                        (Signature)