# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak                                                                                          General Information
Clerk                                                                                                            (202) 216-7000

Re:     25-8508 In re: Kenneth Chesebro

Kenneth John Chesebro
Law Office of Kenneth J. Chesebro
5000 Plaza on The Lake
Suite 100 2050
Austin, TX 78746

Dear Mr. Chesebro:

Enclosed please find the Report and Recommendation of the Court's Committee on Admissions and Grievances in the above captioned matter.

The Report and Recommendation is about to be submitted to the Court for its consideration. You may submit any comments you deem appropriate concerning the Report provided they are received in this office no later than May 8, 2026.

If you have any questions, I can be reached at 202-216-7292.

Very truly yours,
Clifton B. Cislak, Clerk

BY:     /s/
Lynda M. Flippin
Deputy Clerk

Enclosure