# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-8508**                                     **September Term, 2025**

**23SC188947**

**Filed On:** August 13, 2026

In re: Kenneth John Chesebro,

      Respondent


**BEFORE:**    Pillard, Katsas, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the Report and Recommendation of the Committee on Admissions and Grievances, the response thereto, and the addenda to the Report and Recommendation, it is

**ORDERED**, on the court's own motion, that this case be scheduled for oral argument before a merits panel.  It is

**FURTHER ORDERED** that

Jade Ford
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004

a member of the Bar of this court, be appointed as amicus curiae to present arguments in favor of respondent's disbarment.  The court has concluded that it is in the court's interest to appoint amicus.  See D.C. Circuit Handbook of Practice and Internal Procedures 26 (2025).

The Clerk is directed to enter a briefing schedule.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Selena R. Gancasz
                Deputy Clerk